ACCEPTED
03-15-00008-CV
7445220
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 8:42:17 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00008-CV

## IN THE COURT OF APPEALS
## THIRD JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 8:42:17 AM
JEFFREY D. KYLE
Clerk

## PAUL D. SIMMONS
## APPELLANT

## V.

## TERESA A. SIMMONS
## APPELLEE

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 53.7(g) and Rule 10.5(b) of the Texas Rules of Appellate Procedure, Teresa A. Simmons, the Appellee in this proceeding, seeks an extension of the deadline for filing her Appellee's Brief with this Court. In support of her request for an extension of time, Teresa A. Simmons submits the following:

1. In compliance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellee's counsel advises this Court of the following matters:

(A) Appellee's reply brief is due to be filed with the Clerk of this Court on October 19, 2015.

(B) Appellee is seeking an extension of time for filing her Appellee's reply from October 19, 2015 until October 21, 2015 (2 days).

(C) the number of previous extensions granted regarding the item in question - One

(D) the facts reasonably relied on to explain the need for an extension are described below.

2. The undersigned counsel has had other commitments which have prevented the filing of Appellee's reply prior to the present deadline. In addition, the undersigned counsel has (or has had) several hearings, mediations, and discovery deadlines which make timely preparation of the Appellee's reply impossible.

3. The undersigned counsel respectfully represents to this Court that additional time is needed to properly reply and explain the issues in a clear and concise manner.

WHEREFORE, ABOVE PREMISES CONSIDERED, the undersigned counsel on behalf of Teresa A. Simmons respectfully prays that upon consideration of the matters set forth herein, this Court extend the deadline for filing of the Appellee's reply to October 21, 2015.

Teresa Simmons also respectfully prays for such other and further relief to which she may be justly entitled.

Respectfully submitted,

LAW OFFICES OF
ROBERT B. LUTHER, P.C.
1800 Rio Grande
Austin, Texas 78701
Tel: (512) 477-2323
Fax: (512) 478-1824


By:___/S/ Robert B. Luther_____
Robert B. Luther
State Bar No. 12704000
rbluther@luthlaw.com
Attorney for Appellee

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned counsel advises this Court that prior to making this request, he has contacted Appellate's attorney of record, Melvin Gray, about the merits of the motion. The undersigned was informed that Mr. Gray had passed away and that Mr. Gray's partner would be taking over the case. Mr. Brigman does not oppose Appellee's Motion for Extension of Time.

/S/ Robert B. Luther
Robert B. Luther

## VERIFICATION

STATE OF TEXAS

COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, on this day personally appeared ROBERT B. LUTHER, who after being by me first duly sworn, upon his oath stated that he is lead counsel for Brooke Bell in this proceeding, that he has read the foregoing Motion for Extension of Time including all of the factual statements contained in it. Each of the factual statements is true and correct to the best of my knowledge.

In addition, I certify that all of the documents attached hereto are true and correct copies.

/S/ Robert B. Luther
ROBERT B. LUTHER

SWORN TO AND SUBSCRIBED before me on the 19th day of October, 2015.

/S/ Rebecca G. Osborn
Rebecca G. Osborn
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Apellant, by and through his attorneys of record, Melvin Gray and Fred Brigman via eservice at sgreen@grayandbrigman.com, in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure on October 19, 2015.

/S/ Robert B. Luther
Robert B. Luther

## CERTIFICATE OF COMPLIANCE

I hereby certify that the substantive word count of this document is 661 words, and is within the length allowed by the rules.

/S/ Robert B. Luther
Robert B. Luther